IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM MARSHALL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 259 |
| | ) | |
| v. | ) | Judge Shadur |
| | ) | |
| | ) | Magistrate Judge Cox |
| CITY OF CHICAGO, ILLINOIS, | ) | |
| and CHICAGO POLICE OFFICERS | ) | |
| R.R. PRUGER, Star No. 15445, and | ) | |
| M.C. STEVENS, Star No. 8320, | ) | |
| | ) | |
| Defendants. | ) | |

**INDIVIDUAL DEFENDANTS' JOINT AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Individual Defendants, R.R. Pruger and M.C. Stevens, by and through their attorney, Christopher A. Wallace, Assistant Corporation Counsel of the City of Chicago, respectfully request this Honorable Court to extend the time for Defendants to answer or otherwise plead to Plaintiff's complaint until February 29, 2008.[1] Plaintiff's counsel has agreed to this request for additional time. In support of this joint agreed motion, Individual Defendants state as follows:

1. Plaintiff filed his complaint on January 10, 2008. Individual Defendants have yet to be personally served with a copy of the complaint but the same has been submitted to the Office of Legal Affairs. Defendant City of Chicago was served on or about January 14, 2008.

2. Counsel for the Individual Defendants has not yet been able to meet with the defendant officers to discuss this case and prepare a responsive pleading.

---

[1] Defendant City of Chicago requests the same extension of time be applied to it.

3. Plaintiff alleges federal constitutional violations and tort claims under Illinois law stemming from plaintiff's January 11, 2007, arrest. Defendants' counsel is in the process of locating and obtaining necessary documents relating to the events set forth in the complaint.

4. In order to properly prepare a responsive pleading, counsel requests this additional time to obtain and review relevant documents and to meet with clients to discuss the allegations in Plaintiff's complaint.

5. Defendants request until February 29, 2008, to answer or otherwise plead to Plaintiff's complaint.

6. This motion is not made for purposes of undue delay but to enable Defendants to prepare an appropriate defense to the allegations contained in Plaintiff's complaint. No prejudice will result to Plaintiffs by granting this motion.

7. Counsel for Plaintiff has agreed to this request for additional time.

WHEREFORE, Defendants respectfully request this court extend the time to answer or otherwise plead to plaintiff's amended complaint to February 29, 2008.

DATED: February 12, 2008

Respectfully submitted,

By: /s/ Christopher A. Wallace
Christopher A. Wallace
Assistant Corporation Counsel
*Attorney for Individual Defendants*

City of Chicago Department of Law

Individual Defense Litigation Division
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
T: (312) 742-6408
F: (312) 744-6566
ARDC # 6278655

## CERTIFICATE OF SERVICE

    I, Christopher Wallace, hereby certify that on February 12, 2008, I caused a copy of the foregoing Individual Defendants' Joint Agreed Motion for Extension of Time to Answer or Otherwise Plead to be served via the Court's ECF system upon all counsel of record.

/s/ Christopher A. Wallace
Christopher A. Wallace