IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM MARSHALL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 259 |
| | ) | |
| v. | ) | Judge Shadur |
| | ) | |
| | ) | Magistrate Judge Cox |
| CITY OF CHICAGO, ILLINOIS, | ) | |
| and CHICAGO POLICE OFFICERS | ) | |
| R.R. PRUGER, Star No. 15445, and | ) | |
| M.C. STEVENS, Star No. 8320, | ) | |
| | ) | |
| Defendants. | ) | |

To: Jeffrey B. Granich
Katie Ehrmin
Law Offices of Jeffrey B. Granich
53 W. Jackson Blvd., Ste 840
Chicago, IL 60604
(312) 939-9009

**PLEASE TAKE NOTICE** that on, Tuesday, February 19, 2008 at 9:15 a.m., the undersigned shall appear before the Honorable Judge Milton I. Shadur, Room 2303 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., and then and there present Individual Defendants' Joint Agreed Motion for Extension of Time to Answer or Otherwise Plead, a copy of which is herewith served upon you.

Dated: February 12, 2008

Respectfully submitted,

/s/ Christopher A. Wallace
Christopher A. Wallace
Assistant Corporation Counsel
*Attorney for Individual Defendants*

City of Chicago Department of Law
Individual Defense Litigation Division
30 N. LaSalle St., Suite 1400
Chicago, IL 60602
T: (312) 742-6408

ARDC # 6278655

**CERTIFICATE OF SERVICE**

I, Christopher Wallace, hereby certify that on February 12, 2008, I caused a copy of the above Notice of Motion to be served via the Court's ECF system upon all counsel of record.

/s/ Christopher Wallace
Christopher Wallace