IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM MARSHALL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 259 |
| | ) | |
| v. | ) | Judge Shadur |
| | ) | |
| | ) | Magistrate Judge Cox |
| CITY OF CHICAGO, ILLINOIS, | ) | |
| and CHICAGO POLICE OFFICERS | ) | |
| R.R. PRUGER, Star No. 15445, and | ) | |
| M.C. STEVENS, Star No. 8320, | ) | |
| | ) | |
| Defendants. | ) | |

To:  Jeffrey B. Granich
     Katie Ehrmin
     Law Offices of Jeffrey B. Granich
     53 W. Jackson Blvd., Ste 840
     Chicago, IL 60604
     (312) 939-9009

**PLEASE TAKE NOTICE** that on, Friday , February 29, 2008, the undersigned filed before the Honorable Judge Milton I. Shadur, Room 2303 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Individual Defendants' Joint Answer, Affirmative Defenses and Jury Demand, a copy of which is herewith served upon you.

Dated:  February 29, 2008

                                        Respectfully submitted,

                                        /s/ Christopher A. Wallace
                                        Christopher A. Wallace
                                        Assistant Corporation Counsel
                                        *Attorney for Individual Defendants*

                                        City of Chicago Department of Law
                                        Individual Defense Litigation Division
                                        30 N. LaSalle St., Suite 1400
                                        Chicago, IL 60602
                                        T: (312) 742-6408

ARDC # 6278655

### CERTIFICATE OF SERVICE

    I, Christopher Wallace, hereby certify that on February 29, 2008, I caused a copy of the above Notice of Filing to be served via the Court's ECF system upon all counsel of record.

                                      /s/ Christopher Wallace
                                        Christopher Wallace