IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| William Marshall, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 259 |
| | ) | |
| v. | ) | Judge Shadur |
| | ) | |
| City of Chicago, et al., | ) | Magistrate Judge Cox |
| | ) | |
| Defendants. | ) | |

### DEFENDANT CITY OF CHICAGO'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Defendant City of Chicago (the "City"), by its attorney, Mara S. Georges, Corporation Counsel of the City, moves for an extension of time of thirty (30) days, up to and including March 31, 2008, to answer or otherwise plead to plaintiff's complaint. The City states the following in support of this motion:

1. Plaintiff filed his seven-count complaint on January 10, 2008. The complaint alleges federal claims under 42 U.S.C. 1983 and Illinois state law claims against the City and certain officers of the Chicago Police Department.

2. Plaintiff's complaint and summons were served on the City on or about January 14, 2008. The City's answer or other pleading to the complaint was due on February 4, 2008.

3. Due to an administrative oversight, this case was not assigned to undersigned counsel until February 29, 2008. On that same date, undersigned counsel filed an appearance on behalf of the City.

-2-

4. To properly answer or otherwise plead, the City requests a thirty (30) day extension of time to March 31, 2008, by which time it should have the opportunity to investigate plaintiff's allegations and gather and review any pertinent records.

5. This motion is not being brought for the purpose of delay or any other improper purpose.

6. Plaintiff will not be prejudiced if the requested extension of time is granted.

7. Plaintiff's counsel does not oppose this motion.

WHEREFORE, the City respectfully requests that this Court grant it an extension of time of thirty (30) days, up to and including March 31, 2008, to answer or otherwise plead to plaintiff's complaint.

Dated: February 29, 2008

Respectfully submitted,

MARA S. GEORGES,
Corporation Counsel of the City of Chicago

By:   /s/ Kenneth Charles Robling
KENNETH CHARLES ROBLING
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
312-744-4939

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on February 21, 2008, he electronically filed the foregoing Defendant City of Chicago's Unopposed Motion for an Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this matter registered to receive notice through the CM/ECF system.

By: /s/ Kenneth Charles Robling
KENNETH CHARLES ROBLING