IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| William Marshall, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 259 |
| | ) | |
| v. | ) | Judge Shadur |
| | ) | |
| City of Chicago, et al., | ) | Magistrate Judge Cox |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Defendant City of Chicago will appear before the Honorable Judge Dow, or any judge sitting in his stead, on **Friday, March 7, 2008, at 9:15 a.m.**, to present its Unopposed Motion for an Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint, a copy of which has been served on you.

Dated: February 29, 2008

                                        MARA S. GEORGES,
                                      Corporation Counsel of the City of Chicago

                  By:    /s/ Kenneth Charles Robling
                            KENNETH CHARLES ROBLING
                            Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
312-744-4939

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on February 29, 2008, he electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this matter registered to receive notice through the CM/ECF system.

By:  /s/ Kenneth Charles Robling
KENNETH CHARLES ROBLING