# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

William Marshall

                                    Plaintiff,

v.                                                  Case No.: 1:08−cv−00259
                                                        Honorable Milton I. Shadur

City of Chicago, Illinois, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 3, 2008:

      MINUTE entry before Judge Milton I. Shadur :Motion for extension of time to answer to and including April 2, 2008 [17] is granted. Status hearing held on 3/3/2008.Status hearing set for 4/22/2008 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.