UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM MARSHALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 08 C 259 |
| vs. ) | |
| ) | |
| CITY OF CHICAGO, ILLINOIS, and ) | |
| CHICAGO POLICE OFFICER ) | Judge Shadur |
| R. R. PRUGER, Star No. 15445, and ) | |
| CHICAGO POLICE OFFICER ) | Magistrate Judge Cox |
| M. C. STEVENS, Star No. 8320, ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:  Jeffrey B. Granich
     Katie Z. Ehrmin
     Law Offices of Jeffrey B. Granich
     53 West Jackson Boulevard, Suite 840
     Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on this 2nd day of April, 2008, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the person named above at the address shown this 2nd day of April 2008.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel
for the City of Chicago

By:  /s/  Meghan K. Kennedy
     MEGHAN K. KENNEDY
     Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
(312) 744-9653