IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM MARSHALL, | ) |
| | ) |
| Plaintiff, | ) |
| | )  08 C 259 |
| vs. | ) |
| | )  Judge Shadur |
| CITY OF CHICAGO, ILLINOIS, and | ) |
| CHICAGO POLICE OFFICER | ) |
| R. R. PRUGER, Star No. 15445, and | ) |
| CHICAGO POLICE OFFICER | )  Magistrate Judge Cox |
| M. C. STEVENS, Star No. 8320, | ) |
| | )  JURY TRIAL DEMANDED |
| Defendants. | ) |

**DEFENDANT CITY OF CHICAGO'S CERTIFICATION OF INDEMNIFICATION**

Defendant, City of Chicago ("City"), by its attorney Mara S. Georges, Corporation Counsel, submits this Certification of Indemnification, whereby the City of Chicago agrees to indemnify the individual defendant Chicago police officers for any judgment of compensatory damages that may be entered against them in this case.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel of the City of Chicago

BY:   */s/ Meghan K. Kennedy*
         Assistant Corporation Counsel

30 North LaSalle Street - Suite 1020
Chicago, Illinois 60602
312.744.9653
Atty. No. 6283230