# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 259 | **DATE** | 5/8/2008 |
| **CASE TITLE** | William Marshall vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. Just after it had completed the attached memorandum order in Scott v. City of Chicago, for issuance today, this Court received in chambers the courtesy copies of identical "Certification of Indemnification" forms in each of the above-captioned cases. Just as was true in Scott, those undertakings fall short as potential predicates for mooting the plaintiff's 42 U.S.C. § 1983 claims against the City of Chicago. (Attachment)

■ [ For further detail see separate order(s).]                                          Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|