IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM MARSHALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 259 |
| vs. | ) | |
| | ) | Judge Shadur |
| CITY OF CHICAGO, ILLINOIS, and | ) | |
| CHICAGO POLICE OFFICER | ) | |
| R. R. PRUGER, Star No. 15445, and | ) | |
| CHICAGO POLICE OFFICER | ) | Magistrate Judge Cox |
| M. C. STEVENS, Star No. 8320, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S CERTIFICATION OF INDEMNIFICATION**

Defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel, hereby certifies to the following:

1. The City of Chicago agrees to indemnify the individual defendant Chicago police officers for any judgment of compensatory damages that may be entered against them in this case. This agreement is both unconditional and irrevocable.

2. If plaintiff prevails in his section 1983 action against the individual defendant Chicago police officers, the City of Chicago agrees to indemnify the individual defendants for reasonable attorney fees and costs that plaintiff may be entitled to recover pursuant to 42 U.S.C. § 1988. This agreement is exclusive of such fees and costs that may be attributable to an award of punitive damages against the individual defendants.

3. The City's aforementioned indemnification obligation includes any nominal damages (not to exceed one dollar), even in the absence of any compensatory damage award, to which plaintiff may be entitled.

          Respectfully submitted,
          MARA S. GEORGES
          Corporation Counsel of the City of Chicago

BY:    */s/ Meghan K. Kennedy*
            Assistant Corporation Counsel

30 North LaSalle Street - Suite 1020
Chicago, Illinois 60602
312.744.9653
Atty. No. 6283230