IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM MARSHALL, | ) |
| | ) |
| Plaintiff, | ) |
| | )   08 C 259 |
| vs. | ) |
| | )   Judge Shadur |
| CITY OF CHICAGO, ILLINOIS, and | ) |
| CHICAGO POLICE OFFICER | ) |
| R. R. PRUGER, Star No. 15445, and | ) |
| CHICAGO POLICE OFFICER | )   Magistrate Judge Cox |
| M. C. STEVENS, Star No. 8320, | ) |
| | )   JURY TRIAL DEMANDED |
| Defendants. | ) |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

To:  Jeffrey B. Granich                      Christopher Wallace
     Katie Z. Ehrmin                         Assistant Corporation Counsel
     Law Offices of Jeffrey B. Granich       30 North LaSalle Street
     53 West Jackson Boulevard, Suite 840    Suite 1400
     Chicago, Illinois 60604                 Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on May 21, 2008, Defendant, City of Chicago, filed its **MOTION TO STAY *MONELL* DISCOVERY AND FOR ENTRY OF CERTIFICATION OF INDEMNIFICATION** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Shadur, or before such other judge sitting in his place, on the 23rd day of May, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

I hereby certify that I have served this notice and the attached document by electronic means to the person(s) named above at the address(es) shown this 21st day of May, 2008.

/s/ *Meghan K. Kennedy*
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
312.744.9653
Atty. No. 6283230