IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **WILLIAM MARSHALL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 08 C 259 |
| vs. | ) | |
| | ) | Judge Shadur |
| **CITY OF CHICAGO, ILLINOIS, and** | ) | |
| **CHICAGO POLICE OFFICER** | ) | |
| **R. R. PRUGER, Star No. 15445, and** | ) | |
| **CHICAGO POLICE OFFICER** | ) | Magistrate Judge Cox |
| **M. C. STEVENS, Star No. 8320,** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **Defendants.** | ) | |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:   Jeffrey B. Granich                             Christopher Wallace
      Katie Z. Ehrmin                                City of Chicago Law Department
      Law Offices of Jeffrey B. Granich              30 North LaSalle Street, Suite 1400
      53 West Jackson Boulevard, Suite 840           Chicago, Illinois 60602
      Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on May 27, 2008, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S CERTIFICATION OF INDEMNIFICATION**, a copy of which is attached hereto.

I hereby certify that I have served this notice and the attached document by electronic means to the persons named above at the addresses shown this 27th day of May, 2008.

                                    **/s/ Meghan K. Kennedy**
                                    Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
(312) 744-9653
Attorney No. 06283230