IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| William Marshall, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 259 |
| | ) | |
| v. | ) | Judge Shadur |
| | ) | |
| City of Chicago, et al., | ) | Magistrate Judge Cox |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Defendant City of Chicago will appear before the Honorable Judge Shadur, or any judge sitting in his stead, on **Friday, June 6, 2008 at 9:15 a.m.**, to present its Motion For Leave To Withdraw Appearance, a copy of which has been served on you.

Dated: June 2, 2008

MARA S. GEORGES,
Corporation Counsel of the City of Chicago

By: /s/ Kenneth Charles Robling
KENNETH CHARLES ROBLING
Senior Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
312-742-0116

-2-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on June 2, 2008, he electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this matter registered to receive notice through the CM/ECF system.

By: /s/ Kenneth Charles Robling
KENNETH CHARLES ROBLING