IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM MARSHALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 259 |
| ) | |
| CHICAGO POLICE OFFICERS ROCCO ) | Judge Shadur |
| PRUGER (15445), MATTHEW STEVENS ) | |
| (#8320) and the CITY OF CHICAGO, ) | Magistrate Judge Cox |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Jeffrey B. Granich
Attorney for plaintiff,
William Marshall
Law Office of Jeffrey B. Granich
53 W. Jackson Blvd., Suite 840
Chicago, Illinois 60604
(312) 939-9009
Attorney No. 6207030
DATE: 6/24/08

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY:
Christopher Wallace
Assistant Corporation Counsel
Attorney for defendants,
Rocco Pruger and Matthew Stevens
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-6905
Attorney No.06278655
DATE: 6/25/08

08 C 259