IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM MARSHALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 259 |
| vs. | ) | |
| | ) | Judge Shadur |
| CITY OF CHICAGO, ILLINOIS, and | ) | |
| CHICAGO POLICE OFFICER | ) | |
| R. R. PRUGER, Star No. 15445, and | ) | |
| CHICAGO POLICE OFFICER | ) | Magistrate Judge Cox |
| M. C. STEVENS, Star No. 8320, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:  Jeffrey B. Granich                    Christopher Wallace
     Katie Z. Ehrmin                       Assistant Corporation Counsel
     Law Offices of Jeffrey B. Granich     30 North LaSalle Street
     53 West Jackson Boulevard, Suite 840  Suite 1400
     Chicago, Illinois  60604              Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on June 27, 2008, Defendant, City of Chicago, filed this **STIPULATION TO DISMISS** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

I hereby certify that I have served this notice and the attached document by electronic means to the person(s) named above at the address(es) shown this 27th day of June, 2008.

/s/ *Meghan K. Kennedy*
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
312.744.9653
Atty. No. 6283230