UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

William Marshall
                                                Plaintiff,

v.                                                                                    Case No.: 1:08−cv−00259
                                                                                   Honorable Milton I. Shadur

City of Chicago, Illinois, et al.
                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 27, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Civil case terminated. This action is dismissed with prejudice with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.