IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM MARSHALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 259 |
| ) | |
| CHICAGO POLICE OFFICERS ROCCO ) | Judge Shadur |
| PRUGER (15445), MATTHEW STEVENS ) | |
| (#8320) and the CITY OF CHICAGO, ) | Magistrate Judge Cox |
| ) | |
| Defendants. ) | |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, William Marshall, by one of his attorneys, Jeffrey B. Granich, and defendants, Rocco Pruger and Matthew Stevens, by one of their attorneys, Christopher Wallace, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, William Marshall, against defendants, City of Chicago, Rocco Pruger and Matthew Stevens, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Christopher Allen Wallace
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-6408
Attorney No. 06278655

ENTER: _/s/ Milton I. Shadur_
The Honorable Milton I. Shadur
United States District Judge

DATED: June 27, 2008